**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Elbert Parker Jr.** | Social Security number or ITIN   **xxx–xx–6840** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Virginia**

Case number:   **21–30619–KLP**

---

# Discharge of Debtor                                                    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elbert Parker Jr.

June 15, 2021                         **For the court:**        William C. Redden
                                                               Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                    Case No. 21-30619-KLP

Elbert Parker, Jr.                                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                        User: admin                                    Page 1 of 3
Date Rcvd: Jun 16, 2021                     Form ID: 318                                    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

#              Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
               the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elbert Parker, Jr., 324 Gatesbrook Drive, East Blythewood, SC 29016-7275 |
| 15591771 | + | Ad Astra Recovery, 7330 West 33rd Street North, Suite 118, Wichita, KS 67205-9370 |
| 15591772 | + | Carvant Financial Llc, 211 Robbins Lane, Syosset, NY 11791-6004 |
| 15591773 | + | CashFlash, 2004 S Sycamore Street, Petersburg, VA 23805-2727 |
| 15591775 | + | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Sq Blvd,Ste 500 A, Jacksonville, FL 32225-8169 |
| 15591777 | + | City of Petersburg, Personal Property, P.O. Box 1271, Petersburg, VA 23804-1271 |
| 15591780 | + | Iq Data International, Attn: Bankruptcy, Po Box 340, Bothell, WA 98041-0340 |
| 15591782 | + | Kevin S. Swenson, DDS, 552 N Main Street, Emporia, VA 23847-1236 |
| 15591783 | + | LabCorp, P.O. Box 2240, Burlington, NC 27216-2240 |
| 15591787 | + | One South Commercial, 2314 W Main Street, Richmond, VA 23220-4435 |
| 15591791 | + | Pocahontas Parkway, P.O. Box 430, Milwaukee, WI 53201-0430 |
| 15591794 | + | RNR Tire Express-Norfolk, 818 E Little Creek Rd B, Norfolk, VA 23518-3753 |
| 15591793 | + | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 15591795 | + | Rushmore Service Center, P.O. Box 5507, Sioux Falls, SD 57117-5507 |
| 15591797 | + | Southern VA Regional Med Ctr, 727 N. Main Street, Emporia, VA 23847-1274 |
| 15591798 | + | Southside Physician Network, ATTN #8598N, P.O. Box 14000, Belfast, ME 04915-4033 |
| 15591799 | #+ | State Farm, P.O. Box 190128, Birmingham, AL 35219-0128 |
| 15591800 | + | Titlemax of VA, Inc., 2716 S. Crater Road, Petersburg, VA 23805-2404 |
| 15591801 | + | Union Development LLC, 132 N. Sycamore St. Suite B, Petersburg, VA 23803-3262 |
| 15591802 | + | United Collection Bureau, P.O. Box 140310, Toledo, OH 43614-0310 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: bruce.robinson@txitrustee.com | Jun 17 2021 00:04:00 | Bruce E. Robinson, 341 Dial 866-769-9218 Code: 7515089, P.O. Box 538, South Hill, VA 23970-0538 |
| 15591770 | + | Email/Text: bankruptcy@rentacenter.com | Jun 17 2021 00:05:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 15591774 | + | Email/Text: bankruptcy@cavps.com | Jun 17 2021 00:04:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Dr, Suite 400, Vahalla, NY 10595-2322 |
| 15591776 | + | Email/Text: bankrupt@choicerecovery.com | Jun 17 2021 00:04:00 | Choice Recovery, 1105 Schrock Road, Suite 700, Columbus, OH 43229-1168 |
| 15593194 | | EDI: IRS.COM | Jun 17 2021 03:58:00 | DEPARTMENT OF THE TREASURY-IRS, INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 15591778 | + | EDI: DIRECTV.COM | Jun 17 2021 03:58:00 | Directv, P.O. Box 105261, Atlanta, GA 30348-5261 |
| 15591779 | + | EDI: AMINFOFP.COM | Jun 17 2021 03:58:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

District/off: 0422-7 | User: admin | Page 2 of 3
Date Rcvd: Jun 16, 2021 | Form ID: 318 | Total Noticed: 37

| | | | |
|---|---|---|---|
| 15591784 | + EDI: RMSC.COM | Jun 17 2021 03:58:00 | Lowe's/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15591785 | + EDI: AISMIDFIRST | Jun 17 2021 03:58:00 | Midland Mortgage Co, Attn: Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 15591786 | + Email/Text: mmrgbk@miramedrg.com | Jun 17 2021 00:04:00 | Miramed Revenue Group, Attn: Bankruptcy, 360 E. 22nd Street, Lombard, IL 60148-4924 |
| 15591788 | + Email: AGFINANCE.COM | Jun 17 2021 03:58:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15591789 | + Email/Text: opportunitynotices@gmail.com | Jun 17 2021 00:05:00 | Opportunity Financial, LLC, 130 East Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 15591792 | EDI: PRA.COM | Jun 17 2021 03:58:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-0000 |
| 15591790 | Email/Text: pasi_bankruptcy@chs.net | Jun 17 2021 00:04:00 | PASI, P.O. Box 188, Brentwood, TN 37024-0000 |
| 15591796 | + EDI: DRIV.COM | Jun 17 2021 03:58:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 15591803 | + Email/Text: bkr@taxva.com | Jun 17 2021 00:05:00 | Virginia Dept. of Taxation, P.O. Box 2156, Richmond, VA 23218-2156 |
| 15591804 | + EDI: WFFC.COM | Jun 17 2021 03:58:00 | Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15591781 | *+ | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruce E. Robinson | bruce.robinsontr@gmail.com  therese.rogerstra@gmail.com;ecf.alert+Robinson@titlexi.com |
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Joshua Aaron Moger | on behalf of Debtor Elbert Parker  Jr. southsidedebtlawgroup@gmail.com, |

District/off: 0422-7                          User: admin                                    Page 3 of 3

Date Rcvd: Jun 16, 2021                       Form ID: 318                              Total Noticed: 37

joshua.moger1314@gmail.com,thedebtlawgroupmail@gmail.com,sherricwilmoth@gmail.com,loretta.alg@gmail.com,dlghearings
@gmail.com

TOTAL: 3